## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| ILENE J. SCOTT, | CV 23-59-BU-BMM-JTJ |
| Plaintiff, | |
| vs. | **ORDER OF RECUSAL** |
| HOME DEPOT U.S.A., INC.,  and | |
| DOES 1-5 | |
| Defendants. | |

IT IS ORDERED that I hereby recuse myself from all further proceedings in this action.  The Clerk of the Court is directed to notify Chief Judge Brian Morris of this Order for referral of this case to another Magistrate Judge, if appropriate.

DATED this 6th day of September, 2023.

_____
John Johnston
United States Magistrate Judge